# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>　　　Plaintiff,<br><br>v.<br><br>PNS STORES, INC. dba BIG LOTS #4322,<br><br>　　　Defendant.<br>_____/ | Case No. 5:13-cv-01219-JGB-OP<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

　　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant PNS Stores, Inc.

　　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: December 4, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　United States District Judge